IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELTON LAMONT RAYNOR,<br><br>Defendant,<br><br>and<br><br>ARIEL COMMUNITY CARE, LLC,<br><br>Garnishee. | Case No. 1:24MC2 |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
[28 U.S.C. § 3205(b)]

The United States of America makes application in accordance with 28 U.S.C. §3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Delton Lamont Raynor, social security number \*\*\*-\*\*-2667 whose last known address is in Durham, North Carolina. The judgment is in the amount of $12,275.00.

As of February 13, 2024, the sum of $7,827.18 has been credited to the judgment debt, leaving a total balance due of $5,559.77, which includes principal in the amount of $4,447.82 and penalties in the amount of $1,111.95. No interest is accruing on the debt.

More than 30 days have elapsed since demand on the debtor for payment of the debt and the debtor has not paid the amount due.

The Garnishee is believed to owe or will owe money to the judgment debtor, or to possess property (including non-exempt disposable earnings) in which the judgment debtor has a substantial nonexempt interest.

The name and address of the Garnishee or its authorized agent is: Ariel Community Care, LLC, c/o Pierre Pickens, Registered Agent, 200 East Church Street, Yanceyville, NC, 27379.

This the 13th day of February, 2024.

SANDRA J. HAIRSTON
United States Attorney

/s/ Joan B. Childs
Assistant United States Attorney
NCSB # 18100
Attorney for Plaintiff
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, North Carolina 27401
Telephone: (336) 333-5351
Email: joan.childs@usdoj.gov